**Order entered May 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00260-CR

**GARY DON JENNINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-1071278-K**

## ORDER

We **GRANT** Official Court Reporter Janice E. Garrett's April 29, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE